# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

WESLEY SINCLAIR RICKS

VERSUS

BRIAN L. SPILLMAN, KENNETH
HARVARD, SAMUEL C. D'AQUILA,
TIMOTHY HOOPER, AND JAMES
LEBLANC

NO. 2024 KW 0229

JUNE 17, 2024

---

In Re:   Wesley Sinclair Ricks, applying for supervisory writs,
         20th Judicial District Court, Parish of West
         Feliciana, No. 23-WCR-569.

---

BEFORE:   GUIDRY, C.J., WELCH AND THERIOT, JJ.

**WRIT DENIED.** A pleading is construed for what it really is, not for what it is erroneously called. See **Rochon v. Young**, 2008-1349 (La. App. 1st Cir. 2/13/09), 6 So.3d 890, 892, writ denied, 2009-0745 (La. 1/29/10), 25 So.3d 824, cert. dismissed, 560 U.S. 921, 130 S.Ct. 3325, 176 L.Ed.2d 1216 (2010). Although relator captioned his pleading as a "Petition For Writ of Habeas Corpus," the remedy he seeks is in the nature of a request for postconviction relief. See La. Code Crim. P. art. 924(1). Applications for postconviction relief shall be filed in the parish in which the petitioner was convicted. La. Code Crim. P. art. 925. Relator was convicted in Morehouse Parish, but filed his "Petition For Writ of Habeas Corpus" in West Feliciana Parish. Accordingly, the district court correctly denied relator's "Petition For Writ of Habeas Corpus." Relator should file his pleading with the Fourth Judicial District Court, which is the proper venue.

JMG
JEW
MRT

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT